# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-5089**  **September Term, 2024**

1:24-mc-00007-JEB

**Filed On:** November 6, 2024

In re: Sealed Case,

    **BEFORE:** Millet and Garcia, Circuit Judges; Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of the joint motion to partially unseal briefs, it is

**ORDERED** that the motion be granted. The Clerk is directed to place on the docket the following partially sealed documents with the appropriate redactions: (1) appellant's brief filed May 14, 2024, (2) appellee's brief filed August 22, 2024, and (3) appellant's reply brief filed September 11, 2024. It is

**FURTHER ORDERED** that the following documents be unsealed without redactions and placed on the docket: (1) appellee's motion to supplement the appendix and to accept ex parte filings filed July 12, 2024; (2) appellant's opposition to the motion filed July 22, 2024; and (3) appellee's reply in support of the motion filed July 26, 2024.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY: /s/
        Michael C. McGrail
        Deputy Clerk