# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5089**  **September Term, 2024**

1:24-mc-00007-JEB

In re: Sealed Case,  **Filed On:** July 18, 2025

**BEFORE:**   Millett and Garcia, Circuit Judges; Rogers, Senior Circuit Judge

### O R D E R

Upon consideration of appellee's motion to supplement the appendix and to accept *ex parte* filings, the lodged *ex parte* supplemental appendix and the lodged *ex parte* brief, the opposition to the motion, and the reply, it is

**ORDERED** that the motion be denied.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk